**No. 45430.**—Protests 954570–G, etc., of Kwong Yuen Shing & Co. et al. (new York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held dutiable at 10 percent under paragraph 34 as drugs, advanced, and other items were held free of duty as crude drugs under paragraph 1669.

**No. 45431.**—Protest 789463–G of C. J. Tower & Sons (Buffalo).

· Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 45432.**—Protests 726310–G, etc., of Queen City Bottling Co. et al. (Cleveland)

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 45433.**—Protests 630738–G, etc., of Uddo Taormina Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, FEBRUARY 20, 1941

**No. 45434.**—Protests 49691–K, etc., of Henri Bendel Inc. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of shoes similar to those the subject of *Bendel* v. *United States* (5 Cust. Ct. 224, C. D. 404). The claim at 20 percent under paragraph 1530 was therefore sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 20, 1941

**No. 45435.**—Protests 828232–G, etc., of Kwong Chong Importing Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) and *Ueland* v. *United States* (T. D. 46923) certain of the merchandise was held free of duty as crude drugs under paragraph 1669. Drugs, sliced, were held dutiable at 10 percent under paragraph 34.